In the Matter of JEFFREY M. WINKELMAN, Appellant, v
KELLY A. FUREY, Respondent. [710 NYS2d 277] —Order unani-
mously affirmed without costs. Memorandum: Family Court
did not abuse its discretion in awarding custody of the child to
respondent mother. Contrary to petitioner's contention, the
court properly weighed the appropriate factors affecting the
best interests of the child (see, *Eschbach v Eschbach,* 56 NY2d
167, 171-174). The court was "in the best position to evaluate
the character and credibility of the witnesses" (*Matter of Paul
C. v Tracy C.,* 209 AD2d 955, 956). "Its determination has a
sound and substantial basis in the record and should not be
disturbed" (*Matter of Bronson v Bronson,* 254 AD2d 737). (Ap-
peal from Order of Niagara County Family Court, DiFlorio,
J.H.O.—Custody.) Present—Green, J. P., Wisner, Kehoe and
Lawton, JJ.